IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| WILLIAM PICKETT, JR., <br> VALARIE J. PICKETT, <br><br> Plaintiffs, <br><br> v. <br><br> EQUIFAX INFORMATION SERVICES, LLC, <br><br> Defendant. | ) <br> ) <br> ) <br> ) Civil Action No. 5:13-cv-00596-FL <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER

CONSIDERING the Stipulation of Dismissal With Prejudice,

IT IS ORDERED, ADJUDGED AND DECREED that the claims and demands of Plaintiffs, WILLIAM PICKETT, JR. AND VALARIE J. PICKETT, against Defendant EQUIFAX INFORMATION SERVICES LLC ("EQUIFAX"), be and the same hereby are DISMISSED, WITH PREJUDICE, each party to bear her/its own costs.

This 10th day of April, 2014.

_____
LOUISE W. FLANAGAN
JUDGE, United States District Court